UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
GULFSOUTH PRIVATE BANK,

    Plaintiff,

v.                               CASE NO. 3:12cv548/MCR/EMT

WILLIAM L. AMOS and
INNOVATION TREND SETTERS
OF AMERICA, LLC, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 21, 2016. (ECF No. 634). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The district court makes the following findings:

    (a) William L. Amos waived his right to have a hearing on the matter of the "head of household exemption" by failing to timely file a notice requesting such and by failing to timely show cause why the exemption should not be denied on grounds of the written guaranty. (*See* ECF Nos. 529, 530, 549).

    (b) William L. Amos expressly consented to a garnishment of his earnings by the plain language of the Continuing Guaranty signed by Amos and attached to the Verified Answer submitted by FDIC-R. (ECF No. 530).

3. The memorandum in support of the motion to dissolve the writs of garnishment served upon UBS Bank and UBS Financial Services, Inc. (ECF No. 584), filed by William L. Amos, are **STRICKEN** from the record, as filed in violation of Local Rules 7.1(E) and 7.1(I) of the United States District Court for the Northern District of Florida.

**DONE AND ORDERED** this 21st day of October 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:12cv548/MCR/EMT