## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
**as Receiver for GULFSOUTH PRIVATE BANK,**
  **Plaintiff,**

**vs.**         **Case No.: 3:12cv548/MCR/EMT**

**WILLIAM L. AMOS and INNOVATION**
**TREND SETTERS OF AMERICA, LLC, et al.,**
  **Defendants.**
_____/

## O R D E R

  This cause comes on for consideration on the Chief Magistrate Judge's Report and Recommendation dated June 29, 2017 (ECF No. 709). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

  Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1.  The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      A Final Judgment of Garnishment shall be entered in favor of Federal Deposit Insurance Corporation, as receiver for GulfSouth Private Bank, and against UBS Financial Services, Inc., and UBS Bank USA, Inc., as to Account No. DS-XXX25, a resource management account/collateral account, held by William L. Amos, III, individually, with an account balance of $357,234.26, in cash, money balances, and equities as of March 15, 2017; and

3.      The cash, money balances, and equities in this account shall be disbursed to the Federal Deposit Insurance Corporation, as receiver for GulfSouth Private Bank, and delivered to Theodore R. Howell, c/o Barron & Redding, P.A., 220 McKenzie Avenue, Panama City, FL 32401.

**DONE AND ORDERED** this 21st day of July 2017.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**